# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No. 19-70562-JAD |
| | ) | |
| WILMA STROH, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| COMMONWEALTH OF PENNSYLVANIA, | ) | |
| DEPARTMENT OF REVENUE, | ) | |
| Movant, | ) | |
| v. | ) | Related to Document No. 20 |
| | ) | Document No. |
| WILMA STROH, | ) | |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of ***Commonwealth of Pennsylvania, Department of Revenue's Objection to the Confirmation of the Debtor's Chapter 13 Plan Dated October 4, 2019*** was served upon the following this 20th day of November, 2019:

**Via regular first-class U.S. mail:**

Wilma Stroh
127 Cashman Road
Altoona, PA 16601

**Via electronic service**:

Jeffrey A. Muriceak on behalf of Creditor Blair County Tax Claim Bureau
jmuriceak@eveyblack.com, choover@eveyblack.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

James Warmbrodt on behalf of Creditor M & T Bank

bkgroup@kmllawgroup.com

Lawrence W. Willis on behalf of Debtor Wilma Stroh

ecf@westernpabankruptcy.com, urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

                                                Respectfully submitted,

                                                JOSH SHAPIRO
                                                ATTORNEY GENERAL

Date: November 20, 2019      By:   /s/Lauren A. Michaels
                                                           Lauren A. Michaels
                                                           Deputy Attorney General
                                                           Office of Attorney General
                                                          1251 Waterfront Place
                                                           Mezzanine Level
                                                           Pittsburgh, PA 15222
                                                           (412) 235-9072
                                                           PA Attorney I.D. # 320686
                                                           Email:  LMichaels@attorneygeneral.gov