*FILING FEE PAID* (Yes) No

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: Stroh _____ JAD
Case Number: 19-70562
Date of Meeting: 11/22/19                           Recording # _____
Debtor(s) present ___ or Not Present ✓ (___ No Payments Made or ✓ partial payments)
Attorney for debtor(s) Willis _____ (Present ✓ or Not Present ___)
Date of Plan at § 341: _____ Applicable commitment period ___3 yrs ___5 yrs

Based on an email received from Mr. Willis the debtor does not want to proceed with the case.

_____ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD                    _____ Order to Show Cause Requested
                                            _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due: _____ ; Objections due: _____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
✓ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_____ Continued to:
        _____ 341 Meeting   OR _____ Conciliation Conf. OR _____ *Contested Hearing
On _____ at _____ am/pm Location _____

Chapter 13 Trustee/Attorney for Trustee

FILED 2019 NOV 27 PM 1:06 CLERK U.S. BANKRUPTCY COURT