**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-70562-JAD |
| **Wilma Stroh,** | : | |
| | : | |
| **Debtor** | : | CHAPTER 13 |
| | : | |
| **Wilma Stroh,** | : | RELATED TO DOCKET NO. 32 |
| | : | |
| **Movant** | : | |
| | : | HEARING DATE AND TIME : |
| vs. | : | May 1, 2020 at 11:00 AM |
| | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee/** | : | |
| **Respondents** | : | |

## CERTIFICATION OF NO OBJECTION REGARDING THE MOTION TO DISMISS CHAPTER 13 CASE FILED AT DOCKET NO. 32

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Dismiss Case filed on March 18, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than April 6, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: April 7, 2020              By: /s/ Lawrence Willis Esquire
                                  Lawrence W Willis, Esquire
                                  PA I.D. # 85299
                                  Willis & Associates
                                  201 Penn Center Blvd
                                  Pittsburgh, PA 15235
                                  Tel: 412.235.1721
                                  Fax: 412.542.1704
                                  lawrencew@urfreshstrt.com
                                  Attorney for Debtors