IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-70562-JAD |
| Wilma Stroh, | : | |
| | : | |
| Debtor | : | CHAPTER 13 |
| | : | |
| Wilma Stroh, | : | RELATED TO DOCKET NO. 32 |
| | : | |
| Movant | : | |
| | : | HEARING DATE AND TIME : |
| vs. | : | May 1, 2020 at 11 :00 AM |
| | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee/ | : | |
| Respondents | : | **DEFAULT O/E JAD** |

## ORDER

**AND NOW** on this ___22nd___ day of _____April_____, 2020, it is hereby ordered and directed:

1. The within Debtor's chapter 13 case is dismissed without prejudice.

BY THE COURT:

_____ sjk
Jeffery A. Deller,
*United States Bankruptcy Judge*

FILED
4/22/20 10:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                   Case No. 19-70562-JAD
Wilma Stroh                                                              Chapter 13
         Debtor              CERTIFICATE OF NOTICE
District/off: 0315-7          User: dkam                  Page 1 of 3                  Date Rcvd: Apr 22, 2020
                              Form ID: pdf900             Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2020.
db             +Wilma Stroh,    127 Cashman Rd,    Altoona, PA 16601-7653
cr             +Blair County Tax Claim Bureau,    423 Allegheny St. Ste 143,    Holidaysburg, PA 16648-2047
cr             +Office of Attorney General, Department of Revenue,    Lauren A. Michaels,
                 1251 Waterfront Place,    Mezzanine Level,    Pittsburgh, PA 15222-4227
15120493       +Actioncard,    Pob 105555,    Atlanta, GA 30348-5555
15120494      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bk Of Amer,     Po Box 982238,    El Paso, TX 79998)
15120495       +Blair County Tax Claim Bureau,    423 Allegheny Street,    Hollidaysburg, PA 16648-2022
15120497       +Blair County Tax Claim Bureau,    Blair County Courthouse,    423 Allegheny Street,    Suite 143,
                 Hollidaysburg, PA 16648-2047
15120502      ++CREDIT PROTECTION ASSOCIATION LP,    PARKWAY CENTER V,    2500 DALLAS PARKWAY SUTIE 500,
                 PLANO TX 75093-4805
                (address filed with court: Crd Prt Asso,     13355 Noel Rd Ste 2100,    Dallas, TX 75240)
15120503       +Credit Control,    2410 Broad Ave,    Altoona, PA 16601-1940
15120508       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
15120509       +Keystone Col,    220 North Duke Str,    Lancaster, PA 17602-2710
15120510        M&T Bank,    PO Box 619063,    Dallas, TX 75261-9063
15120511       +Mabt/contfin,    121 Continental Dr Ste 1,    Newark, DE 19713-4326
15120512      ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                (address filed with court: Nissn Inf Lt,     2901 Kinwest Pkwy,    Irving, TX 75063)
15142114       +Pinnacle Service Solutions LLC,    4408 Milestrip Rd #247,    Blasdell NY 14219-2553
15120516      ++REMIT CORPORATION,    P O BOX 7,    BLOOMSBURG PA 17815-0007
                (address filed with court: Remit Corporation,     Assigne Of Unifund CCR,    36 West Main Street,
                 Bloomsburg, PA 17815)
15120515       +Reliance Sav Bk,    1119 12th St,    Altoona, PA 16601-3419
15120517       +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
15151730        UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15151796        UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 23 2020 02:53:36
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15135161        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 23 2020 02:53:20     American Info Source Lp,
                 Post Office Box 248848,    Oklahoma City, OK 73124-8848
15120499        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 23 2020 02:53:13
                 Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
15120498       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 23 2020 02:53:13      Capital One,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
15120501       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 23 2020 02:44:54      Comenity Bank/lnbryant,
                 Po Box 182789,    Columbus, OH 43218-2789
15120504       +E-mail/PDF: creditonebknotifications@resurgent.com Apr 23 2020 02:53:38      Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
15120505       +E-mail/Text: mrdiscen@discover.com Apr 23 2020 02:44:45      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
15120506       +E-mail/Text: bknotice@ercbpo.com Apr 23 2020 02:45:18      Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
15120507       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 23 2020 02:44:55      Fashion Bug,
                 Po Box 84073,    Columbus, GA 31908-4073
15135177        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 23 2020 02:45:20      Jefferson Capital,
                 PO BOX 7999,    Saint Cloud, MN 56302
15128297        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 23 2020 02:45:20      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
15120500        E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 23 2020 02:53:13      Chase Card,
                 Po Box 15298,    Wilmington, DE 19850
15135179        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 23 2020 02:53:40      LVNV Funding,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15159562        E-mail/Text: camanagement@mtb.com Apr 23 2020 02:44:53      M&T Bank,    PO Box 840,
                 Buffalo, NY 14240
15133552       +E-mail/PDF: cbp@onemainfinancial.com Apr 23 2020 02:53:31      ONEMAIN,    P.O. Box 3251,
                 Evansville, In. 47731-3251
15120513       +E-mail/PDF: cbp@onemainfinancial.com Apr 23 2020 02:53:32      Onemain,    Po Box 1010,
                 Evansville, IN 47706-1010
15135185        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 23 2020 02:53:58
                 Portfolio Recovery,    PO Box 41067,    Norfolk, VA 23541
15148589        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 23 2020 02:53:56
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15141937       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 23 2020 02:45:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
15135184       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 23 2020 02:53:18
                 Pinnacle Credit Services, LLC,    c/o Resurgent Capital,    PO Box 10587,
                 Greenville, SC 29603-0587
```

```
District/off: 0315-7               User: dkam                  Page 2 of 3                   Date Rcvd: Apr 22, 2020
                                   Form ID: pdf900             Total Noticed: 47


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15159746          E-mail/PDF: resurgentbknotifications@resurgent.com Apr 23 2020 02:53:39
                   Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                   Greenville, SC 29603-0587
15143196         +E-mail/Text: DDIVELY@RELIANCEBANK.COM Apr 23 2020 02:45:40
                   Reliance Savings Bank tdba Reliance Bank,    1119 12th Street,    Altoona, PA 16601-3419
15120518         +E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2020 02:53:34       Syncb/jcp,    Po Box 965007,
                   Orlando, FL 32896-5007
15122037         +E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2020 02:53:34       Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15120519         +E-mail/Text: bankruptcydepartment@tsico.com Apr 23 2020 02:45:31       Transworld Sys Inc/51,
                   507 Prudential Rd,    Horsham, PA 19044-2308
15135192         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 23 2020 02:44:40
                   Verizon,    500 Technology Drive Suite 30,    Weldon Spring, MO 63304-2225
15120520         +E-mail/Text: bankruptcynotice@westlakefinancial.com Apr 23 2020 02:45:12        Westlake Financial,
                   4751 Wilshire Blvd, Suite 100,    Los Angeles, CA 90010-3847
                                                                                               TOTAL: 27

                 ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr              M & T Bank
15135160*       +Actioncard,    Pob 105555,    Atlanta, GA 30348-5555
15135162*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bk Of Amer,     Po Box 982238,    El Paso, TX 79998)
15120496*       +Blair County Tax Claim Bureau,    423 Allegheny St,    Hollidaysburg, PA 16648-2022
15135164*       +Blair County Tax Claim Bureau,    423 Allegheny St,    Hollidaysburg, PA 16648-2022
15135163*       +Blair County Tax Claim Bureau,    423 Allegheny Street,    Hollidaysburg, PA 16648-2022
15135165*       +Blair County Tax Claim Bureau,    Blair County Courthouse,    423 Allegheny Street,    Suite 143,
                  Hollidaysburg, PA 16648-2047
15135167*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank Usa N,     15000 Capital One Dr,
                  Richmond, VA 23238)
15135170*      ++CREDIT PROTECTION ASSOCIATION LP,    PARKWAY CENTER V,    2500 DALLAS PARKWAY SUTIE 500,
                  PLANO TX 75093-4805
                (address filed with court: Crd Prt Asso,     13355 Noel Rd Ste 2100,    Dallas, TX 75240)
15135166*       +Capital One,    Po Box 30253,    Salt Lake City, UT 84130-0253
15135169*       +Comenity Bank/lnbryant,    Po Box 182789,    Columbus, OH 43218-2789
15135171*       +Credit Control,    2410 Broad Ave,    Altoona, PA 16601-1940
15135172*       +Credit One Bank Na,    Po Box 98875,    Las Vegas, NV 89193-8875
15135173*       +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
15135174*       +Enhanced Recovery Co L,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
15135175*       +Fashion Bug,    Po Box 84073,    Columbus, GA 31908-4073
15135176*       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
15135168*      ++JPMORGAN CHASE BANK N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                  MONROE LA 71203-4774
                (address filed with court: Chase Card,     Po Box 15298,    Wilmington, DE 19850)
15135178*       +Keystone Col,    220 North Duke Str,    Lancaster, PA 17602-2710
15135180*        M&T Bank,    PO Box 619063,    Dallas, TX 75261-9063
15135181*       +Mabt/contfin,    121 Continental Dr Ste 1,    Newark, DE 19713-4326
15135182*      ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                (address filed with court: Nissn Inf Lt,     2901 Kinwest Pkwy,    Irving, TX 75063)
15135183*       +Onemain,    Po Box 1010,    Evansville, IN 47706-1010
15135188*      ++REMIT CORPORATION,    P O BOX 7,    BLOOMSBURG PA 17815-0007
                (address filed with court: Remit Corporation,     Assigne Of Unifund CCR,    36 West Main Street,
                  Bloomsburg, PA 17815)
15135186*       +Raymond W. Kessler, Esquire,    36 West Main Street,    Bloomsburg, PA 17815-1703
15135187*       +Reliance Sav Bk,    1119 12th St,    Altoona, PA 16601-3419
15135189*       +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
15135190*       +Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
15135191*       +Transworld Sys Inc/51,    507 Prudential Rd,    Horsham, PA 19044-2308
15135193*       +Westlake Financial,    4751 Wilshire Blvd, Suite 100,    Los Angeles, CA 90010-3847
15120514        ##+Raymond W. Kessler, Esquire,    36 West Main Street,    Bloomsburg, PA 17815-1703
                                                                                              TOTALS: 1, * 29, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-7           User: dkam                 Page 3 of 3             Date Rcvd: Apr 22, 2020
                               Form ID: pdf900            Total Noticed: 47
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2020 at the address(es) listed below:
          James  Warmbrodt     on behalf of Creditor   M & T Bank bkgroup@kmllawgroup.com
          Jeffrey A. Muriceak    on behalf of Creditor   Blair County Tax Claim Bureau
           jmuriceak@eveyblack.com,    choover@eveyblack.com
          Lauren  Michaels     on behalf of Creditor   Office of Attorney General, Department of Revenue
           lmichaels@attorneygeneral.gov
          Lawrence W. Willis    on behalf of Debtor Wilma  Stroh ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                       TOTAL: 6
```